IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL RANDLE | * |
| | * Crim. No. RDB-08-0056 |
| v. | * Civ. No.  RDB-16-2078 |
| | * |
| UNITED STATES OF AMERICA | * |
| | * |

## NOTICE OF DISMISSAL OF 28 U.S.C. § 2255 MOTION

Petitioner, Michael Randle, through undersigned counsel, James Wyda, Federal Public Defender, and Paresh S. Patel, Assistant Federal Public Defender, hereby dismisses under Fed. R. Civ. P. 41(a)(1) his previously filed 28 U.S.C. § 2255 motion to vacate sentence, ECF Nos. 479, 493, and 504,[1] filed on his behalf by the Federal Public Defender.

Respectfully submitted,

JAMES WYDA
Federal Public Defender

_____/s/_____
PARESH S. PATEL
Assistant Federal Public Defender
6411 Ivy Lane, Ste. 710
Greenbelt, Maryland 20770
(301) 344-0600

_Michael Randle  43301-037_
[NAME, Reg. No.]
Petitioner

APPROVED: 8/2/2022    /s/ - Richard D. Bennett
**U.S. Senior District Judge**

---

[1]  To be clear, Mr. Randle is not dismissing his *pro se* supplemental motion to vacate that he filed under ECF No. 487. He will be proceeding pro se on that motion.